## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LORRAINE HARMON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-20-1312-G** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.**[1] | ) | |

## ORDER

Now before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, entered October 29, 2021. No objection to the Report and Recommendation has been filed within the time allowed, and no extension of time in which to object has been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge (Doc. No. 25) is ADOPTED in its entirety. The decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ORDERED this 15th day of February, 2022.

CHARLES B. GOODWIN
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi, the current Acting Commissioner of the Social Security Administration, is hereby substituted for Andrew Saul as the defendant in this matter.